MARYLAND CASUALTY CO. v. DONALDSON. (Circuit Court of Appeals, Second Circuit. April 10, 1922.) No. 174. In Error to the District Court of

the United States for the Eastern District of New York. Action by Thomas M. Donaldson against the Maryland Casualty Company. Judgment for plaintiff, and defendant brings error. Affirmed. James J. Mahoney, of New York City (George J. Stacy, of New York City, of counsel), for plaintiff in error. Thomas J. Cuff, of New York City (Vine H. Smith, of New York City, of counsel), for defendant in error. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.